

_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
December 07, 2020

1

2

3

4

5

6

7   MARJORIE A. GUYMON, ESQ.
    Nevada Bar No. 4983
8   Email: mguymon@goldguylaw.com
    **GOLDSMITH & GUYMON, P.C.**
9   2055 Village Center Circle
    Las Vegas, Nevada 89134
10  Phone: (702) 873-9500
    Facsimile (702) 873-9600
11  Attorneys for Debtor

12              **UNITED STATES BANKRUPTCY COURT**
                      **DISTRICT OF NEVADA**
13

14

15  ┌─────────────────────────────┐   Case No. BK-S-17-10066-gs
    │ In Re:                      │   Chapter 11
16  │                             │
    │    MICHAEL JOSEPH GORDON,   │
17  │                             │   Hearing Date: N/A
    │                             │   Hearing Time: N/A
18  └─────────────────────────────┘

19

20  **EX PARTE ORDER GRANTING MOTION TO REOPEN CASE NO. 17-10066-gs**

21      MICHAEL JOSEPH GORON ("Reorganized Debtor"), by and through counsel Goldsmith

22  & Guymon, P.C., having filed his Ex Parte Motion to Reopen Case No. 17-10066-gs; the Court

23  having jurisdiction over this case and the Motion pursuant to 11 U.S.C. §350(b), and 28 U.S.C.

24  §§157(b)(2)(A) and 1334 of Title 11 of the United States Code, based upon the pleadings on file

25  herein, the Declaration of Reorganized Debtor, and for good cause appearing,

26      IT IS HEREBY ORDERED that the Chapter 11 case number 17-10066-gs shall be reopened;

27

28

**CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that order accurately reflects the court's ruling and that (check one):

__X_    The court has waived the requirement of approval under LR 9021.

____    No party appeared at the hearing or filed an objection to the motion.

____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or is approved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

____    I certify that this is a case under Chapter 11 that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

**IT IS SO ORDERED.**


                              /s/ Marjorie A. Guymon
                              Marjorie A. Guymon, Esq.
                              Counsel for Debtor


W:\MAG\Client Matters\Bankruptcy\Gordon 3182-1\expt motion to reopen.wpd


###